UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **DANIEL ATTRIDGE,** *Plaintiff* § § § | |
| v. § | No. 1:25-CV-01064-ADA |
| § | |
| **PHH MORTGAGE CORPORATION,** *Defendant* § § § | |

**ORDER**

Defendant PHH Mortgage Corporation removed this case from state court on July 8, 2025. Dkt. 1. On July 11, 2025, the Court issued an order directing Plaintiff Daniel Attridge's attorney, Ryan Daniel, to comply with Local Rule AT-1(f)(1) and file, within 14 days of the order, a motion to appear pro hac vice. Dkt. 3. Daniel failed to do so. The Court issued a second notice informing Daniel that he was not in compliance with Local Rule AT-1(f)(1) on July 28, 2025, instructing Daniel to submit a motion to appear pro hac vice within 10 days of that order. Dkt. 7. Daniel again failed to do so.

On August 12, 2025, the Court issued a show cause order, directing Daniel to show cause in writing why the Court should not strike him as counsel of record in this case and file a motion to appear pro hac vice in accordance with Local Rule AT-1(f)(1) by August 26, 2025. Dkt. 8. The show cause order warned Daniel that failure to comply with the order could result in Daniel being stricken as counsel of record in this case. *Id.* at 1. Daniel once again failed to comply with the Court's order, even as

1

he signed the parties' joint proposed scheduling and discovery plan, which was filed on September 5, 2025. Dkt. 9. The Court accordingly ordered that Daniel be stricken as counsel of record in this case. Dkt. 10, at 2.

The Court also ordered Attridge to file a notice with the Court no later than Tuesday, October 21, 2025, advising the Court of the name of the new counsel he has retained to represent him or, alternatively, advising the Court that he wishes to proceed pro se. *Id*. The Court again warned Attridge that failure to comply with the order may result in the dismissal of his case. *Id*. Attridge has failed to file any notice with the Court.

Accordingly, **IT IS ORDERED** that Attridge shall, **on or before December 10, 2025**, (1) show cause in writing why the Court should not dismiss his case for failure to comply with a Court order and (2) advise the Court of the name of the new counsel he has retained to represent him or, alternatively, advise the Court that he wishes to proceed pro se. The Court again warns Attridge that failure to comply with the Court's orders or prosecute his case may result in dismissal.

SIGNED November 10, 2025.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE