# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| DANIEL ATTRIDGE, | § |
| Plaintiff, | § § § |
| v. | §  CIVIL ACTION NO. 1:25-cv-01064-ADA-DH |
| PHH MORTGAGE CORPORATION, | § § |
| Defendant. | § |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Daniel Attridge ("*Plaintiff*") and Defendant PHH Mortgage Corporation ("*PHH*") file this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff moves to dismiss this suit with prejudice as to refiling.

2. PHH, which has filed an Answer, consents to the dismissal. PHH did not assert any counterclaims.

3. This case is not a class action, and a receiver has not been appointed.

4. This case is not governed by any federal statute that requires a court order for dismissal to the case.

5. Each side is to bear its own costs and attorney's fees.

6. Pursuant to Rule 41(a)(1)(A)(ii), this case is dismissed with prejudice upon filing of this Stipulation.

Respectfully submitted,

By: */s/ Alexis del Rio*
    **EMILY STROOPE**
    State Bar No. 24070692
    **ALEXIS DEL RIO**
    State Bar No. 24120796
    **BAKER, DONELSON, BEARMAN,**
    **CALDWELL & BERKOWITZ, P.C.**
    5956 Sherry Lane, 20th Floor
    Dallas, Texas 75225
    Telephone: (713) 650-9700
    Facsimile: (713) 650-9701
    estroope@bakerdonelson.com
    adelrio@bakerdonelson.com

***Attorneys for Defendant PHH Mortgage Corporation***

and

By: *Daniel Attridge*     11/24/25
    **DANIEL ATTRIDGE**
    Amberattridge1@outlook.com
    2519 Terlingua Dr
    Cedar Park TX 78613-1620

***Pro-se Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, a copy of the above and foregoing was filed electronically with the Clerk of Court. Notice of this filing has been forwarded to all parties as indicated below:

/s/ Alexis del Rio
Alexis del Rio