IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DANIEL ATTRIDGE, <br><br> Plaintiff, <br><br> v. <br><br> PHH MORTGAGE CORPORATION, <br><br> Defendant. | § § § § § § § § § § § CIVIL ACTION NO. 1:25-cv-01064-ADA-DH |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Daniel Attridge ("*Plaintiff*") and Defendant PHH Mortgage Corporation ("*PHH*") filed a Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 13.

The Clerk of Court is requested to **CLOSE** the case.

**Signed** this the 25th day of November, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE